IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

BOLESLAW EWASKIEWICZ and
SANDRA EWASKIEWICZ, Husband and Wife                PLAINTIFFS

v.                          No. CV-2005-6005

DEL MESA FARMS                                       DEFENDANT

## ORDER OF DISMISSAL WITH PREJUDICE

Now on this __6th__ day of __Jan.__, 2006, pursuant to the compromise settlement agreement by and between the parties, the Complaint and all amendments thereto of the Plaintiffs, Boleslaw Ewaskiewicz and Sandra Ewaskiewicz, Husband and Wife, against the Defendant, Del Mesa Farms, be and the same are hereby dismissed with prejudice to any future action.

_____
United States District Judge Robert T. Dawson

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

JAN 0 6 2006

CHRIS R. JOHNSON, CLERK
BY
   DEPUTY CLERK